**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOHNNY CHARLES SHORTER**                                              **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:11-CV-225-CWR-FKB**

**CHRISTOPHER EPPS**                                                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge F. Keith Ball. Docket No. 16. On June 19, 2014, Judge Ball recommended that Plaintiff's habeas petition be dismissed with prejudice, and pursuant to 28 U.S.C. § 636, he advised the parties that objections, if any, must be filed within fourteen (14) days of being served with a copy of the Report and Recommendation. Docket No. 16, at 27. This Court granted Plaintiff multiple extensions of time to object to the Report and Recommendation, and ultimately set the deadline for September 4, 2014. *See* Text-Only Orders dated 07/09/2014, 08/07/2014, and 08/22/2014. As of this date, the Court has not received an objection from either party.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and the Plaintiff's petition is hereby dismissed with prejudice. A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 11th day of September, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE