IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHNNY CHARLES SHORTER**                                                            **PETITIONER**

**V.**                                                                 **CAUSE NO. 3:11-CV-225-CWR-FKB**

**CHRISTOPHER EPPS**                                                                            **RESPONDENT**

## ORDER

Before the Court is petitioner Johnny Charles Shorter's objection to the Magistrate Judge's Report and Recommendation. Docket No. 26. Shorter later moved to substitute that objection with a more legible copy and add a few pages of exhibits. Docket No. 28. The motion will be granted.

The Court has reviewed Shorter's objection and amended objection. It sees that a number of Shorter's arguments do not contest the Report and Recommendation, but instead are new arguments for habeas relief. Those arguments are made too late. The Magistrate Judge properly considered the grounds contained in Shorter's original petition. *See* Docket No. 1.

After considering the remaining objections, the Court is persuaded that the Magistrate Judge's resolution was correct. The objections are overruled and the Report and Recommendation is adopted as this Court's own.

A Final Judgment will issue this day. Pursuant to *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), no certificate of appealability shall issue. *See Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000).

**SO ORDERED**, this the 22nd day of December, 2014.

                                                                                     s/ Carlton W. Reeves
                                                                                     UNITED STATES DISTRICT JUDGE